IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-MC-33-D

| | | |
|---|---|---|
| WALTER KELLY DAVIS, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WELLS FARGO BANK, | ) | |
| | ) | |
| Respondent. | ) | |

On August 27, 2014, Walter Kelly Davis ("Davis") filed an emergency motion for stay pending appeal [D.E. 1]. On September 2, 2014, the Bankruptcy Administrator responded in opposition [D.E. 13], and the Trustee responded in opposition [D.E. 14].

The court has reviewed the record and governing law. Davis has failed to meet the burden necessary to obtain a stay pending appeal. Thus, the motion for stay pending appeal [D.E. 1] is DENIED. Davis's motion to shorten response time [D.E. 2] is DISMISSED as moot.

SO ORDERED. This __4__ day of September 2014.

JAMES C. DEVER III
Chief United States District Judge